UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THEODORE R. VAUGHAN,
          Plaintiff,

-vs-                                   Case No. 6:03-cv-1511-Orl-18DAB

MORGAN STANLEY DW INC.,
f/k/a Dean Witter Reynolds, Inc.,
          Defendant.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| MOTION: | DEFENDANT'S MOTION FOR ATTORNEY'S FEES (Doc. No. 74) |
| FILED: | March 30, 2005 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

Plaintiff filed suit against his former employer Defendant Morgan Stanley for age discrimination under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 623 and the Florida Civil Rights Act (FCRA), Florida Statute § 760.10. The Court granted summary judgment to Morgan Stanley on March 15, 2005. Morgan Stanley now seeks its attorney's fees, in the approximate amount of $165,000, as the prevailing party on Plaintiff's claims under Florida Statute § 760.11. Morgan Stanley concedes that it is not entitled to an award of attorney's fee as prevailing Defendant because it cannot meet the standard to obtain an award under the ADEA, i.e., that the